No. 70–233. HELFENBEIN ET AL. *v.* INTERNATIONAL INDUSTRIES, INC., ET AL. C. A. 8th Cir. Motion of respondents to strike petitioners' supplemental brief and certiorari denied.

No. 70–244. BOSHES ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 7th Cir. Motion of Consumers Union of U. S., Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 70–299. UNITED STATES *v.* AFRAN TRANSPORT CO. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN is of the opinion that certiorari should be granted.

No. 70–300. NEZ PERCE TRIBE OF INDIANS *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 70–316. NICOLAS ET UX. *v.* MCINTYRE, TRUSTEE, ET AL. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Motions to dispense with printing petition and brief in opposition granted. Certiorari denied.

No. 70–319. LINSCOTT *v.* MILLERS FALLS CO. ET AL. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 71–126. SCHNEIDER *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted.